

IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

STEPHEN COLFIELD      *

        I           *      CIVIL CASE #: 1:12-CV-03544-WDQ

    vs.

SAFEWAY INC      *
       Defendant. *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S AFFIDAVIT

I Stephen I, the I in the above captioned case, do hereby depose and say:

1.      I am the Plaintiff in this action and I submit this affidavit in support of my opposition to the Defendant's motion for summary judgment.

2.      I am an African American who was born to parents of mixed race, my mother been a Caucasian and my father an African American.

3.      I am a career grocery clerk who began working as a grocery clerk with Giant Foods since 1993. At Giant I received many "Staffer of the Year" awards "for exceptional courtesy to Customers and Fellow Associates".

4.      I am a Christian person of good morals standing who is highly respected and admired in my local home and church communities.

5.      On or about January 19, 2004, I became employed with Safeway as a food clerk/cashier at Safeway's Owings Mills Store in Baltimore County. At Safeway, I was a member of the United Food and Commercial Workers Union ("Local 27"), and was elected as a shop steward in 2006, a position I held until 2010.

6.      Throughout my career as a grocery clerk, I performed my job duties exceptionally well. At Safeway my performance evaluations shows that I performed satisfactorily.

7.      As a shop steward from 2006 through 2010, I was the first line of contact for employees with grievances and complaints against store managers, at the Owings Mills and Pikesville stores, where I worked during the period. From my involvement with employees grievances and complaints, I believed in many instances that the store managers, who were all

white, were bias against African American employees and treated white employees more favorably than African Americans. I directly told the store managers about my belief that they were bias against African American

8.     In 2006 store manager Wayne Sladic approach me and sought my cooperation to terminate the employment of Toney Mack, a food clerk who was out on leave. I refused to cooperate and warned Mr. Sladic that his action would be unfair and unwarranted. In April 2009, I reported to Ms. Madden about a racial incident at the store involving a manager or supervisor

9.     On or about March 15, 2007, I was suspended without pay for witnessing or assisting a co-worker, Mark Prince, return some items that Mr. Prince had purchased. On or about April 7, 2007, I was fired over the incident. I filed and successfully pursued a grievance against this action with Local 27. As a result, on or about August 15, 2007, I was reinstated in his job as a food clerk at Safeway Owings Mills store.

10.    On or about March 25, 2010, I sustained an injury on the job, and on or about March 30, 2010, the Pikesville store closed. I was then transferred to the Ellicott City store. The store manager at the Ellicott City store was a Mr. Larry Kuntz a Caucasian. Although I was not the elected shop steward at the Ellicott City store, many employees approach me with grievances and requested my assistance complaints against management.  Mr. Kuntz was not pleased by these occurrences and severely restricted my interactions with co-workers

11.    On or about June 16, 2010, I went out from work on injured workers compensation leave, and returned in September 2010.   Upon my return to work, I sought reasonable accommodation due to my injury and was placed on light duty

12.    In January 2011, I complained to Ms. Graham that store manager Larry Kuntz had decided that I would no longer be allowed to work Sundays due to my light duty status, while allowing white food clerk/cashier, Tiffani Mertes and Crystal Adams, who were also on light duty to work Sundays. Sundays are paid double time.  I also complained that Mr. Kuntz was not observing my light duty restrictions and gave me work assignments that aggravated my injuries.

13.    On or about August 22, 2011, my light duty restrictions ended and I resumed the full functions of my job. After my light duty assignment ended, Mr. Kuntz began targeting me and scrutinizing my work above everyone else. He began giving me work assignments to clean up dead mice from around the store and clean up filthy trash from the trash compactor and trash located outside the store. This was the first in twenty one years of been a food or produce clerk

that I was given these types of assignments

14.     On or about September 28 2011, I complained to Safeway's HR representative, Ms. Karen Graham, about discriminatory harassment by store manager Kuntz.  I complained against Kuntz continuing to denying me double time work on Sundays, giving me assignments to clean up dead mice around the store, and severely restricting my interactions with co-workers. The following day Mr. Kuntz issued me a disciplinary write up.

15.     Ms. Graham did not treat my complaint of harassment as a discrimination complaint, and did not investigate the allegations. Consequently, on or about October 5, 2011, I fled a grievance for racial harassment against store manager Kuntz.

16.     On or about October 15, 2011, I filed with the Equal Employment Opportunity Commission ("EEOC") charges of discrimination against Safeway pertaining to the denial of overtime work, retaliatory assignments and other discriminatory actions by Mr. Kuntz.

17.     On November 26, 2011, I met at the store with Ms. Graham and Local 27 representative, Suzie Levin, about my charges of discrimination and grievances pertaining to harassment, discrimination and retaliation during his employment.

18.     On December 13, 2011, I was suspended for alleged violation of Safeway Store Purchase policy after I purchased a DVD, "Planet of the Apes" on December 12, 2011, for $26.99.  I was assisted with the purchase by cashier, Tiffany Mertes, who then reported the transaction to Mr. Kuntz.  I was suspended for three (3) weeks. I filed a grievance against this action, and reported it to the EEOC.

19.     I did not know that the DVD was not ready for sale to the public and I did not conceal my purchase of the DVD. Safeway suffered no penalty or loss as a result of the purchase. No actions were taken against Tiffany Mertes who sold me the DVD. On or about December 27, 2011, I was reinstated to my job as a food clerk and transferred to the Owings Mills store.  I was not paid for the three weeks suspension.

20.     Upon return to work at Safeway Owings Mills store, my co- workers continued to seek out my assistances for help with complaints, grievances, and other assistance with work rules, policies, and procedures. This included me representing produce manager, Maria Jones, regarding a January 2012 suspension, at the request of the store manager Mr. Bennett.   I also continued with opposing or protesting actions that I believed were discriminatory and illegal

employment practices that violated the CBA and Safeway policies and rules.

21.     About the same time as I been transferred to the Owings Mills store, Safeway installed an African store manager, Mr. Jimmy Bennett, at the Owings Mills store. Mr. Jimmy Bennett disclosed to a number of employees that he was sent to the store with directives to fire me and other employees. Mr. Bennett told some individuals that because Mr. Bennett was an African American store manager, Mr. Bennett was the one that "could get it done" and undermines my claims about race discrimination. Mr. Bennett told Maria Jones, who was at the time, the produce manager and my immediate supervisor, about the plan. He also told Tony Mack, a cashier and directed that the assistant store managers implement the plan.

22.     "The plan was to pick at every little thing that the employee would do that could be considered against policy. Really, it was more like picking on them. This would make them demonstrate anger and retaliation against management, which could be considered insubordination. Then we could take proper action and get them "out of there", said Jimmie. Personally, I witnessed firsthand, Jimmie instigate a yelling match between Maria and Stephen. Jimmie tried to enforce everyone to wear an apron but was unsuccessful."

23.     During this time my EEOC charge was actively been investigated and I was writing to the EEOC that Safeway had a plot to use an African American to fire I and claim no discrimination. I was also collecting statements from witnesses and assisting Anthony Wade, Maria Jones and Rashida Daniels with their EEOC claims.

24.     On or about April 11, 2012, I was approached by the store's shop steward, Don Perdoe, and assistant manager, Mike Deinlien with information that Mr. Bennett planned to fire me that week. On or about April 12, 2012, Mr. Bennett came to the store on his day off and removed Howard Young, a service clerk, who was assisting me. On or about April 15, 2012, Mr. Bennett was promoted from acting store manager to store manager.

25.     On April 24, 2012 I attended a fact finding meeting at the EEOC about my EEOC charges against Safeway. The meeting was attended by Ms. Graham and other Safeway managers. On or about April 25, 2012, the day after I had my fact finding conference, Robert Wesche, a co-worker told me that food clerk Tia Pearson was going to make a report against me to HR because I was allegedly making derogatory statements about Ms. Pearson to other employees. As a result, I went to the management office and requested to see Ms. Pearson about the allegation. The assistant store managers, Mike Deinlien, and Angela Corpew were present

when Ms. Pearson came in for the meeting. Ms. Pearson came into the meeting agitated and confrontational. The managers did not take charge of the meeting and a heated emotional exchange took place between me and Ms. Pearson. However, Ms. Pearson was attempting to escalate the situation and provoke physical confrontation with me. When I saw that the situation appeared to be getting out of hand, I sought to leave the room. As I tried to leave the room, Ms. Pearson tried to block my path causing me and Ms. Pearson to bump shoulders as I left the room. Ms. Corpew and Mr. Deinlien blamed me for the incidents. Ms. Corpew called Mr. Tlusty and Ms. Graham and suspended me over the incident.

26.     On June 8, 2012, I unwittingly sent an email to Safeway's attorney seeking legal services with my EEOC case and explaining what I believed to be discriminatory practices by Safeway, including sexual harassment against Mr. Bennett, the Owings Mills store manager. Safeway attorney promptly sent my email with my supporting documents to Ms. Graham without my knowledge.

27.     On June 14, 2012, I was called into a meeting with the vice president of operations who was accompanied by a Local 27 representative. At the meeting I was told that I had been suspended for "workplace violence" and asked to give my side of the story. I denied that I was violent or threatening to Ms. Person and that I pushed Ms. Person or the assistant store manager, Mr. Deinlein.

28.     On or about July 11, 2012, I received a "no probably cause" determination by the EEOC pertaining to my charges of discrimination. On July 13, 2012, I amended my EEOC charges, adding my December 13, 2012 suspension. On or about July 16, 2012, I received notice from Defendant Safeway that I was terminated from his employment "based on circumstances surrounding suspension".

29.     I have personal knowledge that white store clerks, cashiers and other similarly situated co-workers were treated more favorably than me under similar circumstances. These include, Pikesville store manager Mr. Kuntz observed white employee, Christine Haley, to ring up her own sister at least on two occasion; a violation of Safeway's policy, with no disciplinary action taken against Christine Haley; on or about November 15, 2011, white employee, Aaron Khazar, intentionally pushed a shopping cart into an assistant manager, Betsy Gavin. Mr. Khazar was suspended for three (3) months, after which he was reinstated with back pay; in December 17, white employee, Kaysie Coffee at Starbucks was caught fixing her own drinks and didn't pay

for it; however no disciplinary action was taken against Kaysie; white employees violated the club card policies numerous times and were not suspended; white employees violate the smoking policies numerous times and were not disciplined;

30.    In July 2012, assistant store manager Mr. Deinlein confessed to Tony Mack that Mr. Deinlein was forced and prodded by Mr. Tlusty to fudge the information about the April 25, 2015 incident with Ms. Person and state that Mr. Colfield push Mr. Person and was violent at the meeting as a pretext to fire Mr. Colfield.

31.    I was allowed to make any changes to this Affidavit that I wanted and have my own counsel review it. I am submitting this Affidavit voluntarily and of my own free will, without fear or threat of reprisal or promise of any benefit.

32.    In accordance with 28 U.S.C. § 1746, I solemnly affirm and declare under the penalties of perjury and upon personal knowledge that the foregoing is true and correct to the best of my knowledge, information and belief.


_____
Affiant / Stephen Colfield

8/24/15
Date

April 4, 2012

Case Update:  Stephen Colfield # 531-2012-00052                    **ATTACHMENT A**

Hi Lisa,

In the "FYI" portion of a previous email I forwarded to you and sent to my workman's comp attorney, Joseph Mallon on December 27, 2011, I mentioned that I got my job back but that I was being moved to a store that had a black co-manager.  I wrote that I thought they were sending me to the store as a way to prove that I don't have a discrimination case. -- That management wanted me gone, but if I was fired by a black manager, I would be discredited.  Well, Lisa, my intuition was correct.  I think I told you before, but the white manager that was there before I arrived was moved from the store for reasons unknown and the black co-manager, Jimmy Bennett, took his place.  Safeway has not had a black store manager in Baltimore city or county in the 9 years.  The last person of color to have that position in our district was a man named Ed Tillary.  <u>I have a signed statement from produce manager, Maria Jones (whose case was accepted by EEOC) that Jimmy told her, a week before I arrived, that he was sent to the store to fire me.</u>  Jimmy was not aware that Maria and I were friends and she did not let him know.

Jimmy is a company pawn.  Since he's been at the store, he has fired two black employees and suspended 5 other black employees.  I have even watched him try to set up Maria Jones who is not only black, but is one of only two black produce managers in the district.  What's interesting is that since I've been back to the store, all the employees have asked me to represent them in lieu of the store appointed shop steward because they know that I know what I am doing and that I will fight for them.  In Maria's case, I represented her, against their wishes.  For the record, Maria was wrongfully suspended.  She is now out on medical leave.  Prior to her leaving out, Jimmy called Maria and me to his office for a meeting.  I found it to be odd that he would call me back after he, and our store union rep, Suzi Levin already told me they didn't want me representing their employees because I wasn't the store's shop steward.  In that meeting, Jimmy said he wanted to show us via some pictures of the department he took on his cell phone that he was justified for writing Maria up.  He took his phone out and pretended to search for the pictures, but then said he must have lost them.  In truth, Jimmy was "fishing" for information.  From the questions he was asking, I assumed he was trying to get us to bad mouth him and upper management.  I then noticed that after fidgeting with his cell phone, while pretending to look for the pictures, he left the phone on top of the desk.  Then I noticed that when he asked us questions, we would verbally answer him, but when he asked us questions, he would only shake and nod his head.  I asked him if he was recording our meeting.  He nodded his head, no.  I asked him again and nodded his head, no.  I told him that it was against the law to record us without letting us know.  He still nodded as to suggest that he wasn't recording us.  I am pretty positive that he was because I saw the blinking light on his phone that suggested he was recording us.   I was so sure that I called and left a message with HR representative, Karen Graham telling her that Jimmy was recording our conversation and that it was against the law.  I also left a phone message regarding the incident with Suzi Levin, expressing my feelings about being intentionally set up.

Near the end of February, exact date not recalled, I received a visit from two men who said they were from the union.  They never showed i.d. and I never asked to see it.  They wanted to have a meeting with me.  They told me that they understood that I was representing employees in meetings and that they were ordering me to stop because I was not the store shop steward.  They thought they could

1

**Confidential**                                                    **P0861**

April 4, 2012

Case Update: Stephen Colfield # 531-2012-00052

intimidate me, but to make a long story short, I showed them in our collective bargaining agreement where it says I am well within my rights to represent any dues paying member who wanted me to. I told them, there was nothing more to discuss and walked out of the room. Ironically, Jimmy was not working that day. To my knowledge, nothing ever came from that meeting. When I talked to Suzi a couple of weeks later, when she learned that another employee wanted me to sit in with them, she told me that she understood that I was told I couldn't do it. I told her that she wasn't my boss, that as a dues paying member, I was her boss, and that I could represent anyone that wants me to. (I don't think she likes me much.)

On March 6, I was the only employee from our store assigned to work our department during the morning shift. For whatever reason, the manager gave the other three employees later shifts. That never happens in our department. Jimmy also wasn't working that morning. Instead, they sent a manager from the Charles Street location to work with me, named Scott Lee. Scott was nice, but he asked me a lot of questions. He wanted to know how I ended up at this store, what other stores did I work, and where he knew me from. On the surface, this doesn't seem like a big deal. What they didn't know and still don't know is that I know that Scott is very good friends with Larry Kunze, the manager from the Ellicott City store I first filed my grievance against. Scott also asked if I knew Frank Kunze (Larry's brother). I played dumb. Scott was hoping that I would run my mouth and say something bad about management. From what I understand, their defense is going to be that I go around bad mouthing managers, which is totally not true.

I have a written statement from Mark Robbins (a Jewish, elderly co-worker who also has a discrimination case against Safeway) to support my allegations of discrimination while working at the Ellicott City Store under the management of Larry Kunze. I also have a written statement from co-worker Tony Mack, who was told by a white employee (Christine Haley), that Larry was intentionally harassing Steve, telling him not to talk to anybody and to stand at the self checkout without proper breaks and support for my injury.

My work environment is hostile. Jimmy is determined to find some kind of dirt on me. I am constantly being watched. At any given time, you can even see the camera following my every move. I've been told by several employees from other stores that that their managers have asked questions about me and my character. My name has been trashed and I have been labeled a trouble maker because I stand up for myself and the rights of my fellow employees. I have saved many employees' jobs and I guided people to the labor department, the NAACP, the Baltimore EEOC and the American Civil Rights Liberties Union (ACLU) if necessary. The reason why I guide people outside our local union 27 is because they are absolutely not help to minority employees. Time and time again, I have watched how white employees are treated in contrast to how black and other minority employees are treated with the same offenses. White employees get slapped on the wrist, while we are suspended or fired. If a black employee goes against status quo, he/she is labeled, written up for any offense as to leave a paper trail so that the employee can be fired, as in the case with co-worker Anthony Wade. Anthony is black. He works in the meat department. He reported that his white co-worker was stealing large quantities of meat over a long period of time. Anthony, along with Security, watched the tapes of his co-worker stealing. They

2

**Confidential**                                    **P0862**

April 4, 2012

Case Update: Stephen Colfield # 531-2012-00052

recorded 17 different transactions of his co-worker marking down meats as low as 90%, putting the meat in a cart and pushing it out on the floor so that his friend could buy the substantially discounted meat.  Since then, they have conveniently lost the video tapes that showed the co-worker stealing thousands of dollars in meat and turned the investigation against Anthony.  Since the reporting, Anthony has been written up 4 times.  He will soon be fired.  He had no write-ups in his file prior to this. The white employee, on the other hand, has not been fired, is the store's shop steward and has since been promoted.  That is just one of many examples.

Again, I fight for the rights of Safeway employees.  I do not fear management.  I was elected shop steward of my store and worked as one for 4 years before I was transferred to the Ellicott City store in 2010.  I took the job seriously because peoples' lives and livelihoods depended on it.  I have pleaded with managers to be fair to the employees.  I have reported managers whom were doing wrong to HR, the union and in one occasion, to the labor board.  For that reason, I have been labeled a trouble maker.  My reputation has been ruined.  Without knowing me, managers have labeled me a trouble maker before they even worked with me or got to know me.  I am targeted and constantly provoked. Management has passed lies about me.  I received many calls and text messages from co-workers and venders who heard the reason why I was transferred from the Ellicott City Store to Owings Mills is because I was stealing.  I feel my 19 years of combined time working at Giant and Safeway is gone because they want me out.  Management makes it known everyday.  I am stressed and uncomfortable. I have no idea what tactic they're going to try to use next.  It's horrible.

**Confidential**                    **P0863**

Case 1:12-cv-03544-WMN   Document 98-1   Filed 09/10/15   Page 10 of 31

**ATTACHMENT B**



Mia Colfield <mcolfield@gmail.com>

# Fwd: case 531-2012-00052 update
1 message

stephencolfield@comcast.net <stephencolfield@comcast.net>          Wed, Feb 15, 2012 at 2:33
To: Mia Colfield <mcolfield@gmail.com>                                                         AM

**From:** stephencolfield@comcast.net
**To:** "lisa kienzle balto" <lisa.kienzle@eeoc.gov>
**Sent:** Wednesday, February 15, 2012 1:58:28 AM
**Subject:** case 531-2012-00052 update

# memorandum

**To:**       Lisa Kienzle

**From:**   Stephen Colfield

**Date:**    February 14, 2012

**Re:**       Case update 531-2012-00052

Hi Lisa,

In a previous correspondence to you, I suggested that the reason why I was moved from
the Ellicott City store to my current location at Owings Mills store #1657, under the
supervision of African American store manager, Jimmy (last name not recalled) was so that
I could not claim discrimination if by chance I was suspended, fired or let go. Well, today
(2/14/12), produce manager, Marie Jones informed me that Jimmy told her in a one-on-one
conversation that 'they' sent me to the store so that he could get rid of me. Jimmy told her
that the first week I was arrived at the store. Marie said that she did not respond to Jimmy
because she did not want him to know that she knew me or that we were friends. Jimmy is
the only African American manager in Maryland. My union representative, Suzi Levin, told
me that they sent me to the store because it was 3 miles from my home, as a way to

accommodate me.  Safeway has not paid me for the two and a half weeks I was suspended.  According to Ms. Levin, Safeway is not going to pay me for the two weeks I was suspended.  I was awarded unemployment benefits from the Department of Labor for those two weeks because they did not see just cause for suspension.

Marie's phone number is <u>443-756-9438</u>.

Thank you. *Stephen C. Colgeld*

Home, 443 352-8391

Statement and Grievance Regarding Incident 4.25.12                                    **"ATTACHMENT C"**
Issued by: Stephen Colfield

The same night I got home from court, my produce manager, Maria Jones called me from the job to see how everything went at court. Maria told me that after we finished talking that an employee named Tia Persons came to her and said that no one likes Maria or me because we are trouble makers. I asked Maria, what did I do?... I have been on vacation for 9 days! I worked on Monday for the first time and then had my court date. For some reason, from what I understand, she thought that I called Maria to talk about her. At 10:00 pm I sent Tia a text message asking her what did I do to her. She sent back messages stating total untruths about me and said I was talking about her. So, I text her back with a message to keep my name out of her mouth, that I did not say anything about her at all and not to bother speaking to me no more,... to just leave me alone and ended it with, GOD BLESS YOU.

I believe this was another plan to incite me and it worked to their advantage, because on 04/25/2012 after working 7 hours, my co-worker, Robert Wesche told me that Tia is calling HR because I talked about her I said things about her I never said. So, I went up to management office and told them I needed to see her in the mangers office. They called her in and I asked her why she was lying on me. She insisted on lying and continued to accuse me of talking about her. We argued and I started pointing my finger at her because I couldn't take anymore of the set- ups and false accusations. She told me not to point my finger at her and I told her to stop lying.  In frustration I was sick of the lies and started to walk out when Mike, the assistant manager, -- the one who kept telling me that Jimmy was going to fire me for working off the clock --, grabbed me very hard on my left shoulder and bruised it, I pushed his hands off of me. *(As a side note and another example of discrimination, shop steward and frozen food manager, Don Pardo – a white employee -- , has been working off the clock almost everyday for years. I know this, other employees know this and my co-worker Robert Wesche witnessed this many times).* I started to leave out the office again, when Tia decided to block me from leaving by standing in my way and refusing to move while still running her mouth telling me that I was lying and that I was a trouble maker. I told her to move. She wouldn't.  So in order to walk out I was forced to bump shoulders with her since she wouldn't move and continued to stand in my way knowing that I was trying to leave. Then she tried to bring attention to the situation by taunting me, suggesting that I wanted to hit her.  Again, not true.  That's it! I didn't put my hands on her. I didn't challenge her and didn't curse or threaten her. I simply attempted to leave. 5 minutes later, they called me back to the office and said that HR wanted them to suspend me based on what they said happened.

And, there you have it...I was set up and they used a black girl, whom I never had problems with, and whom has done the same thing to Linda Cole and Richard, the former produce manager, to do it. I left without writing a statement. I didn't think it was necessary. They were looking for a reason to suspend me and they did. They never had a legitimate reason to let me go, so they had to manufacture one. The thing is, here they are, suspending me on the grounds that I bumped shoulders with an employee who intentionally tried to provoke me and intentionally got in my way so I couldn't leave the office **without** bumping into her, yet, I could file a grievance against Mike for putting his hands on me by forcefully grabbing and bruising my shoulder. He's bigger than I am.  What does that say? However, unlike those that are trying to get me in trouble, I am not that petty.

Anyway, this is simply one example of the type of nonsense I've had to put up with for some time, especially since I arrived at store #1657. Unbelievable!

**Confidential**                                                                **P0860**

**"ATTACHMENT D"**

**Boyd, Linda M. (Baltimore)**

| | |
|---|---|
| From: | stephencolfield@comcast.net |
| Sent: | Monday, June 04, 2012 2:40 AM |
| To: | Boyd, Linda M. (Baltimore) |
| Subject: | COLFIELD VS. SAFEWAY |

Complaint against Larry Kunze, store manager of Long Gate Safeway, Store #1459.
I was hurt on the job on March 25, 2010 at the Pikesville Safeway. When the store closed, I was transferred to store #1459 in Elliott City. I had an operation on June 16, 2010 for the injury I sustained on the job. Against the advice and better judgment of my doctors, I was forced back to work the second week of September 2010. Safeway told my doctors I would be working "light duty" and initially, I rode around all day in an electric cart putting up signs. It was made clear to Safeway, that I could only work if I came back to a sedetary position. There were times when my boss, Larry Kunze, would tests me and have me do things outside a sedentary position. I informed him many times that many of the things he wanted me to do caused me pain, but I tried not to complain so much because I feared not getting paid. Prior to my operation I was able to work on Sundays. The overtime I made on Sundays was substantial to my annual earnings. I was told that due to my injury, I was not allowed to work overtime as it was against the law, However, Kunze, allowed and has other white employees to work on Sundays and earn overtime who were also were injured on the job. Apparently, the rule only pertained to me. From the time I returned to work in September 2010 to approximately August 22, 2011, I had what I would consider a decent working relationship with Mr. Kunze. However, this significantly changed once my probation period of being on light duty ended on August 22, 2011. From August 22, to present, Mr. Kunze has been very disrespectful and seems to be trying to incite me to quit. He's very subtle with his tactics, but he is misusing his power none the less.
Here are a few examples...
-On September 2, he tells me he does not want me talking at all in the store even when customers or peers initiate the conversation.
-On September 6, he orders me, again, that unless I am making pay pal announcement, I am not to talk to fellow employees or customers.
-On September 9, he tells me he is tired of people *congregating* around me.
-When he talks to me he often leans over in my face as a form of intimidation and harassment. It is one of his subtle tactics he is using to provoke me to react to his disrespect.
On September 29, 2011, a Safeway HR representative, Ms. Karen Graham came to the store and interviewed me and several other employees who are also being mistreated. Three of those employees, Diana Burriss, Mr. Garland and Mark Robbins filed charges against him with the EEOC.
-The day after the meeting with HR, Mr Kunze attempted to write me and two other employees up on some bogus charges. I refused to sign his write-up.
-Mr. Kunze is well aware that due to my injury, I can not stand for 2 or more hours at a time without taking a break as it causes my knee to swell and induces significant pain. He has intentionally placed me placed me up front at the cash register, without a stool, so that I can stand in one spot for the duration of my day without allowing me ample opportunity to rest my knee. Based on my medical conditions, I am required to have a stool. Mr. Kunze refuses to provide me with a stool.
-He is changing my work schedule at his leisure without giving consideration to my seniority.
I don't want to believe that Safeway is behind his actions, but I'm not certain. What I do know is that he is doing his best to aggravate me and incite me in a way that would cause me to lose my job.well on dec 13,2011 I was suspended for buying a dvd a day before it comes out,when policy consist of a verbal warning thats it, but I was suspended 2 weeks without pay.my shopping history for the past six months which not only revealed that I was an "Elite" customer, but that I purchased 9 dvds over the

1



last 10 weeks and never did it before.SINCE I started at the owings mills store December 27 2011, the store manager jimmy Bennett,by the way Safeway in the Baltimore MD city and county has had one black store manager which was ED tillary in the last 8 years and he was fired 3 years ago.JIMMY BENNETT is the company's pawn since he was made store manager soon as i got to that store.HE has suspended 5 African Americans in the last two weeks and fired 3 others.HE has recorded some of my meetings with him ,I asked jimmy bennett twice are you recording this meeting he nodded his head for no,I asked him again is he recording this meeting and he nodded his head for no but would not speak when i asked him that,i then told him if you are it is against the law because you must let both parties know and be-aware.EVEN that day he asked me to his office when before Safeway and the union did-not want me to handle any cases (sett up) because I was no longer shop steward,they like shop stewards that are going to be with the company but i go 100 percent and fight for the employee.I have a statement signed by maria Jones, feb12,2012 what jimmy Bennett told her that I was sent to that store for him to fire me,I also have a statement from mark Robbins (white employee)on the discrimination at the other store 1459 long gate,and a statement from tony mac. Stephen Colfield

This IS WHAT MY WIFE WROTE TO THE BALTIMORE EEOC SHAWN ESSIEN MY CASE AGAINST SAFEWAY
But I'm writing to vent and to express my confusion as to what you are looking for to determine your decision. At the store where Steve made his initial complaint, Steve presented information, that he was not allowed to work on Sundays and earn overtime income while on 'light duty' even though they allowed a white (race), younger (age), and female (gender) employee was allowed to do so. He loss more than $25,000 total because of that act of discrimination alone.

My husband was given an unpaid indefinite suspension from Safeway on 12/13/2011 for purchasing a DVD while he was off the clock. Safeway claims that he violated a purchasing policy. At this moment, I am reading the State of Maryland's Dept. of Labor Notice of Determination. It reads "insufficient information has been presented to show that the claimant's actions constituted misconduct in connection with the work. As a result, it is determined that the circumstances surrounding the separation do not warrant a disqualification under section 8-1002 or 8-1003 of the Maryland unemployment insurance law." The Dept. of Labor rep said that Safeway could not provide information to show where this was a policy never-the-less, a violation of one and said that is why Safeway wouldn't appeal the decision -- they do not want that information to get out. She was right, Safeway did not appeal the decision.

Stephen Colfield did not violate any policies. Yet, those that do...those white employees that have violated actual policy, have not been suspended, written up or disciplined. Charlie still smokes in the store. Christine Haley was not fired for ringing up her own sister -- twice in the same week. And Tiffany Mertes was not fired or reprimanded for assisting my husband with his transaction when he purchased that DVD in 12/2011. Even though he was in a self check-out line, Tiffany scanned the DVD and his soda and placed the items in his bag. She helped him with the purchase and then reported it to the manager. Why is this relevant? Because, Steve was fired and out of work for 5 months because he simply witnessed an employee returning items with no receipt in 2007. He was suspended even though he reported the incident to his store manager. That's discrimination.

They should not be able to continue to make up these "OJ" rules when it comes to my husband and other African American employees.

I'm not sure if you were able to talk to his previous store's shop steward, Crystal Adams. She can verify all of this information and more. Her number is 410-203-1210 (work) and 443-829-4108 (cell).

CONFIDENTIAL                                    SFWY--001384



My husband is still indefinitely suspended with no pay today because "they" are confident you will not do anything. They are confident you will not rule in his favor. He has not even received a letter to explain why he was suspended, the very next day after he met with you, in the first place!!!

Thank you, again, for reading this and hearing me vent. I apologize if I seem impatient, but I am truly frustrated as his employer has been getting away with nonsense like this for a very long time.              I will send my grievance to you and the text messages the store manager is sexual harassment against a employee who is scared rashida daniels.

                STEPHEN COLFIELD
                31 HEMISON COURT
                PIKESVILLE,MD.21208
                4433528391 HOME
                4434187439 CELL
                STEPHENCOLFIELD@COMCAST.NET

3

CONFIDENTIAL                              SFWY--001385

**Boyd, Linda M. (Baltimore)**

| | |
|---|---|
| From: | stephencolfield@comcast.net |
| Sent: | Monday, June 04, 2012 2:54 AM |
| To: | Boyd, Linda M. (Baltimore) |
| Subject: | Fwd: grievance and text msgs |
| Attachments: | Statement and Grievance regarding incident 4.25.12.docx; Jimmy_txt_msgs.docx |

THIS is my grievance right now,and i have been suspended for 6 weeks without pay.THEY have drained me financially and ruined my name everybody who is a witness in my case has been treated sooooo bad and harressed tony mac,maria jones,anthony wade and the married woman rashida daniels wants to help me but needs help her self from this manager jimmy bennett.

From: stephencolfield@comcast.net
To: stephencolfield@comcast.net
Sent: Sunday, June 3, 2012 8:35:27 PM
Subject: Fwd: grievance and text msgs


From: stephencolfield@comcast.net
To: stephencolfield@comcast.net
Sent: Thursday, May 17, 2012 2:17:37 PM
Subject: Fwd: grievance and text msgs


From: "Mia Colfield" <mcolfield@gmail.com>
To: "Stephen Colfield" <stephencolfield@comcast.net>
Sent: Tuesday, May 1, 2012 12:50:01 AM
Subject: grievance and text msgs

parts 1 and 2

CONFIDENTIAL

SFWY--001386





CONFIDENTIAL

SFWY--001388



CONFIDENTIAL                    SFWY--001389



CONFIDENTIAL                    SFWY--001390

Page 2 of 2

## "ATTACHMENT E"

...well as other   March

Page 1 of 2

### Shawn Essien

**From:**  stephencolfield@comcast.net
**Sent:**  Tuesday, April 17, 2012 2:16 AM
**To:**  shawn essien
**Subject:** Fwd: update

**From:** stephencolfield@comcast.net
**To:** stephencolfield@comcast.net
**Sent:** Monday, April 16, 2012 2:51:33 AM
**Subject:** update

Update:

I cannot believe the things this company is trying to do. On, 04/12/2012, I came in at 7:00am and started working. The young man that was working with me, Howard Young, is a service clerk. Jimmy came into the store (on his day off, mind you) and took him from me and put him back in deli dept which already had 3 people working. Jimmy left me working in my department, which is much larger to work by myself. When I saw Jimmy, I asked him why he was removing my helper. He replied that he did it because he didn't want to break union policy. I reminded him that for 4 weeks, he used Larry (a service employee) from the deli dept to help out the frozen dept. He said that it was ok because Larry's status had been changed. He lied. I spoke to Larry and he said that his status was not changed, and conveniently, he's no longer in the system.

Also, around 7:03 am on 04/11/2012, the shop steward (Don Perdoe) approached me at the front door and said he had something to tell me. I let him know I had to punch in first. He responded that he would come over to see me later. At approximately 8:48 am Don came over to the produce dept and told me to watch out. He said that the assistant manager, Mike Deinlin told him that Jimmy was going to fire me this week. I asked, for what? He went on to say that Jimmy is constantly watching video of me everytime I make a purchase and when I ring up customers. I noticed this day I was called up front to cashier 6 different times when other employees are available to do the same thing. Keep in mind, two employees that were already up front, weren't asked to open a register. Instead, he would prefer that I do it while working in a department that is already short of help. Later that afternoon at around 3:09 pm Mike Deinlin came over to me a told me the same thing that Don had said. (Now this is the same assitant manager I tried to help out and warn that he was being watched because they wanted to fire him as well.) I found out later, through another employee who works in my department, that he overheard Mike talking to Jimmy and commenting that he hopes that I'll come and react to the news he and Don told me.

Jimmy is a little nervous I'm sure because several employees know that he slept with one of he employees that work in Starbucks and he that he is making sexual advances on mployee, Rashedia Daniels. I do know this to be true because I have seen the text messages he has sent her.

mmy continues to negatively talk about me to other employees. He is trying very hard to t me to react. Safeway has been trying different tactics to get me to react for 4 1/2 years. vo people, whom also have cases at the eeoc have witnessed Jimmy bad-mouthing

SFWY-000849



## Shawn Essien

| | |
|---|---|
| **From:** | stephencolfield@comcast.net |
| **Sent:** | Tuesday, April 17, 2012 2:18 AM |
| **To:** | shawn essien |
| **Subject:** | update |

SINCE i started at the owings mills store December 27th 2011,I watched how Safeway sett up the produce manager maria Jones using a acting store manager jimmy Bennett,by the way Safeway in the Baltimore MD city and county has had one black store manager which was ED tillary in the last 9 years.JIMMY BENNETT is the company's pawn since he was made store manager soon as i got to that store.HE has suspended 5 African Americans in the last two weeks.HE has recorded my meeting with him on one of the individuals and told him twice are you recording this meeting he nodded his head for no,i asked him again is he recording this meeting and he nodded his head for no but would not speak when i asked him that,i then told him if you are it is against the law because you must let both parties know and be-aware.EVEN that day he asked me to his office when before Safeway and the union did-not want me to handle any cases (sett up) because i was no longer shop steward,they like shop stewards that are going to be with the company but i go 100 percent and fight for the employee.I have a statement signed by maria Jones what jimmy Bennett told her that i was sent to that store for him to fire me,i also have a statement from mark Robbins (white employee)on the discrimination at the other store 1459 long gate,and a statement from tony mac who was told by a white employee Christine Haley at the 1459 Safeway long gate store that larry kuntz was harassing Steve and telling Steve not to talk to anybody and stand at this self check out. I'Am on constant harassment on march 6th 2012 at work 1657 jimmy changed the schedule.for the first time i had to work by myself while he took 3 other workers from the produce dept and put all of them working a later shift at night and sent a store manager from Charles street, Scott who is very good friends with larry kuntz.HE kept asking me questions where he knew me from and asking where have i worked at before and did i know frank kuntz,i just played dumb and ask how did you know frank kush he said no frank kuntz,i then said no.HE was fishing for info.THEY have been trying to sett me up for a while,i had the union come up my job a tell me i can't represent anyone because i am not the shop Steward,i said i can represent anyone who wants me to represent them as long as i pay dues and they do too and work for Safeway.MY friends said that their store managers have asked them questions about me.and wanted to know more about me.I was fired 5 years ago for helping a employee past his return products over the counter and i did not know he didn't have a receipt so Safeway threw me in this scam,the employee told Safeway and wrote a letter that i had nothing to do with it ,but that didn't matter they fired me.The union mike nelson told me hold up with a lawyer because he will get my job back and he did get my back pay and a produce position as manager in writing.That position never materialize because i gave my signature to the produce supervisor but Safeway never gave it to me.My name was trashed and every store i have went to.SAFEWAY is going to say i am a trouble maker but that is far from the truth i stand up against this company for my peers jobs and have save a lot of people jobs and guide people to the labor dept or NAACP or Baltimore EEOC sometimes the ACLU American civil rights liberties.The reason i guide people outside of our union (local 27)because our union has been sleeping with the employer for a long time and they hate discrimination cases because all of the Representatives are white.I have watched the difference how whites are treated with a slap on the wrist and blacks are fired or suspended.WE are sett up with paper trails and then fired,like Anthony wade now since he turned in a white employee for stealing a lot of meat over

SFWY–000850

a long period but Safeway had him on tape stealing 17 different transactions by putting meat in his cart pushing it out on the floor so his friend would get it and buy it for like 90 percent off,we are talking about thousands of dollars but they turned their investigation on Anthony wade he has now been written up 4 times and now will be firing him soon,he Had NO write ups before that,that white employee still has his job a better store he is also a shop steward again and got a promotion.THEIR are many others i am saving their info because some have been fired and like most are scared to stand up for their civil rights.I have no fear but to stand up as a black man and as many people i have helped they have turned away from defending me like i defended them.THEIR is other cases filed from Safeway that i sent and their cases have been accepted maria Jones,Anthony wade,tony mac,mark Robbins (JEWISH)Funmilayo fadina .THE reason they are going to say i have been a problem because the 4 stores i have worked at owingsmills 1657,pikesville 1994,long gate 1459 and now back at owings mills 1657,because every manager past info to the next manager and has tried constantly tried to provoke me,talk to me nasty, especially about me.TELL completely untruth lies about me.ON me being transferred to owings mills in January it was so many people calling me and texting me they heard i was fired for stealing,whites said i am a trouble maker.MY name is ruin and after 19 years my time combined from giant food and Safeway is gone,they want me out.I did not start this they came after me i just stood up and took notes.

SFWY—000851



## Shawn Essien

| | |
|---|---|
| **From:** | stephencolfield@comcast.net |
| **Sent:** | Tuesday, April 17, 2012 2:19 AM |
| **To:** | shawn essien |

**Subject:** last update: stephen colfield 2012 i will send my new info tomorrow

Upon hearing that I was suspended for purchasing a dvd the evening before the release date, and learning that I refused to sign or give any statements to the head of security, Allen Tlusty, my union representative, Suzi Levin, immediately called a meeting with the Tlusty, and the districe manager, Brian Caudle. The meeting, which included me, Suzi, Tlusti and Caudle, took place on Friday, December 16, 2011 at 3:00 pm at the Safeway located in Owings Mills. Because I retained a lawyer, HR representative, Karen Graham (301)918-6510 was not in attendance. Suzi expressed that she was outraged that I was suspended for buying a blueray dvd one day earlier than the release date. She said that she has never seen anything like this and brought up my shopping history for the past six months which not on revealed that I was an "Elite" customer, but that I purchased 9 dvds over the last 10 weeks. Suzi expressed that it was stupid that I was being punished for paying more for the dvd than it was on sale for the next day and that at the time of purchase, I was a customer and not an employee as I had already clocked out. She wanted to know why the girl that assisted me with this purchase wasn't suspended as well. Tlusty would not answer the question at first, but basically sayed that she really didn't help. I told them that she really scanned the dvd and put it in my bag. Suzi asked me and Tlusty if this girl was the same person who was allowed to work every Sunday on overtime, while on 'light duty', when the same priveledge was denied to me because I was on 'light duty'. Suzi asked why I wasn't he allowed and Tlusty responded by saying that that was another case. (For the record, the young girl is Tiffany Mertes. She is the daughter of former district manager, Tom Mertes and the sister of former district manager, Brent Mertes.) Tlusty asked from where did I obtain the dvd. I gave him the same answers I gave the day I was suspended. Tlusty took notes at the meeting and asked me to sign his printed document. Again, I refused. To visit my claims of discrimination, before the meeting ended, I told Tlusty that I, too, kept notes about things that took place in the store and wanted to know why on November 22, 2010 was Christain Haley, a white employee(white) allowed to ring up her own family member her sister and the store manager (larry kunz) was right their and all he did was whispered to her not to do it again and she did again their are 3 witnesses that saw this mark robbins,diana burns ,this is a policy you can't break or you are fired right away but stephen colfield is suspend for buying a dvd 1 day earlier TIFFANY MERTES IS WHITE and CHRISTain haley is white.I also asked allen at store 1657 owings mills the meat cutter robert was changing the price on the meat to 1.00 or 2.00 markdowns and put them in a cart and push them out to his friend to buy for these prices and you saw the tape it was 17 transactions that equaled over 2000.00 you saw on dvd.and he kept his job for stealing but i am suspended and possable i can be fired this is total discrimanation.ALLEN would not answer me.I said again allen you handled that case and in march 2007 i was suspended and fired for just passing the items out of a box that a employee was returning,i did not know he did not have a receit i was fired and the union got my job back and my back pay,but both of us was fired and now tiffany is not fired or suspended.ALLEN also told me what the other people said in this case,you are not allowed to give that info up because of retailiation,he did that i believe so i could do something stupid.(i am not that kind of person i pray for my enemies)MR.MALLON i am soooooooooooo my spirit is broken and tired,I have at least 8 people call me and say they heard i was fired for stealing and 13 texts messages on my cell phone asking was i fired for

SFWY–000852

stealing.
I think this is horriable to do this to me right at the holidays.I have filed for unemployment waiting to hear something.Iam done i am not going back to this job also the union apoligize for not believing me last year and in previous months that this job wants to get rid of me.I have more evidence because on november 22,2010 larry stood by while he watched christin haley ringed up her family in front of larry kunz,he just whispered not to do this again thats it. and policy was broken and hidden and more has since i went wrong

SFWY–000853

## Shawn Essien

**From:** stephencolfield@comcast.net
**Sent:** Monday, April 23, 2012 2:54 AM
**To:** shawn essien
**Subject:** update charge no:531201200052

Hi Shawn,

I have talked to one assistant manager and a former 1st assistant manager and they both told me that Safeway (management) has been listening to my phone calls at work because that's what they do when a lawsuit comes against them. Neither manager will give me a written testimony as they do not want to be fired. It all adds up. While I can't prove they have been listening, I can tell they have, by the strategic way they've been going about things in an attempt to clean things up and put some things in place before our meeting. I had a feeling our phone calls were being tapped at times because the phone would sound different from the some of the other phones in Safeway. That's why, sometimes, Maria Jones and I would speak open at times but would try to throw who ever was listening off. We would talk about what we saw and knew about our case and say things that where not true, just to see if they would do it or be really listening. For instance, I've said on more than one occasion that Safeway has no black store managers in Baltimore city or county. I have only seen 1 in the last 8 1/2 years (ed tillary). Now in the last 6 weeks, they promoted Mike Tiene at the Catonsville store to store manager. He was 1st assistant for almost 10 years. Now sent him to a Columbia store. Also Jimmy Bennett, at our store, has now been officially promoted from acting store manager to store manager approximately on or about 04/15/2012. Until that date, previous store manager, Jeff Lemon, was listed at the top of the receipts as store manager even though he has been sincerely the store since the first week of January 2012. Also, union Representative Suzi Levin for local 27, has now been transferred out of the district. She has been involved in every wrong doing and racial incident I have seen (she and HR rep, Karen Graham to include employee Mark Johnson's transfer incident, Courtney Samuel's firing, Maria Jones's wrongful set-up to include trumped up charges and false complaints and suspension, Anthony Wade's 4 write-ups since he reported the stealing of the white employee who's evidence was conveniently lost and was allowed to keep his job, as well as Mark Robbins', Tony Mac's and my incident.

We also took pictures of whole bunch of bad product that the substitute produce manager didn't pull off and was treated totally different. The supervisor never did anything to the white male produce manager, however, now all of sudden the supervisor has been transferred out of the district and they have sent in a female supervisor in his place. These are some of the topics that we discussed on the phone. It is no coincidence that these changes are being made right before the investigation. I understand that it is illegal to record conversations without posting that conversations are subject to be recorded. We have no signs posted in the store. This was dumb on our part but they pushed their new cell phone policy hard on us but only at our store. No other stores have to keep their cell phones in their locker or not allowed to carry it on you. This was to force us to use their phones during the day. This is their way of cleaning things up and telling more lies.

4/23/2012

SFWY–000854

Thank you,
Stephen Colfield
stephencolfield@comcast.net
(443)622-8321  cell
(443)352-8391 home

SFWY—000855

Safeway Discrimination and Harassment Update 6/18/2012:                    **"ATTACHMENT F"**

On June 14th, I was called in to meet with the Vice President of Operations. Accompanying me, (but not really representing me) was my 'new' Local 27 union representative, Henry. I was finally told, after 7 weeks, that I was suspended for workplace violence. Keep in mind that not only was there was no evidence of this because I did not engage in any kind of workplace violence, but I was still suspended, indefinitely without pay. The VP of Ops told me the lies that were reported. According to her, the now former Assistant Manager, Mike Denlien, said, ...

(Lie #1. that *I pushed him off of me so hard that he fell against the wall onto the floor*) --I never pushed him and therefore, he never fell.

(Lie #2. He claimed that *he stood up to step in between me and Tia Persons to break us up and I pushed him down to the floor again.*) –The truth is, this never happened. It wasn't that type of altercation. He did not step in between us because there was no reason to and I did not push him to the floor. For goodness sake, this man is approximately 265 lbs. I only weigh 178 lbs. Now, Mike did grab my shoulder and bruised it (of which I have a picture). I did, however, push his hand of my shoulder and told him not to put his hands on me again.

(Lie #3. He claimed that *I put my finger in Tia's face*) – The truth is, while I was angry and pointing my finger to her while arguing with her, I never put or pointed my finger in her face.

(Lie #4. He claimed *I hit her with my shoulder*) – This is subjective as the intention behind the claim is a lie. The truth is, while attempting to leave the office I could not help but bump her shoulder because she blocked the doorway and wouldn't voluntarily move out of my way so I could leave the room. Also, while she blocked the doorway, she was verbally taunting me by continually asking, "What are you going to do Steve, hit me???" She loudly repeated this approximately 8 times so she could be heard and give the impression I was going to hurt her. The truth is, the thought of hitting her never crossed my mind.

(Lie #5. Tia claimed that *she fell down when I bumped with my shoulder*)—She didn't.

Mike was fired approximately 5 days after I was suspended. I warned him back in February that I had word they were going to let him go when I learned, from my department manager they were going to try to fire me. He thought that if he helped them to get me, he would get to keep his job. He was fired anyway. He told a mutual friend that the store manager, Jimmy, was trying to set me up and that he heard Angela, the other assistant that was in the room during my altercation with Tia, when she called Jimmy to tell him that "we got him." I have a written statement from Mike about the series of events that occurred that day as well as some other things.

If I did any of what they claimed I did, the police would have been called and I would have been arrested. As union workers, it is procedure for us to report incidents like this to the union. Tia did not report this "workplace violence" to the union. As a matter of fact, I was told by another friend/co-worker, that a day after the incident, she heard Jimmy tell Tia to only discuss the incident with him and the head of security, Alan.

The Vice President of Operations seemed to be surprised to learn that I was receiving unemployment. But you can receive unemployment when the State of Maryland finds no grounds for suspension as in my case.

Safeway management has choreographed and manufactured reasons to justify my suspension as they did to justify their actions with employees, Maria Jones - suspended, Courtney Samuels - fired, Fadine Funmilayo - fired, and Mark Johnson – transferred.

I would like to assume that the purpose of this meeting was to hear my side of the story so that I could be reinstated and generously compensated for my long suffering, anxiety and loss of income. But I can only assume that they were hoping to gather information to use against me as I have not received any calls from the union or HR since the meeting and I am still suspended.

**"ATTACHMENT G"**

# Personal Knowledge Affidavit
## Of Stephen Colfield

I, STEPHEN COLFIELD, do hereby depose and say:

1. I am the Plaintiff in this action.

2. Sometime in late May 2012 or early June 2012, I went on the internet seeking to find an attorney or legal services with my EEOC claims against my then employer, Safeway, Inc.

3. I selected and went to a legal services referral website and submitted a request for legal services.

4. I subsequently received a response from the referral website with a list of law firms and attorneys in my area who practice in the area of labor and employment, including employment discrimination. The referral website provided contact information, include website address or link to the referred law firms and/or attorneys.

5. I followed up with the referred law firms by going directly to their website and submitting my information. The law firms' website requested that I provide detail information and documents regarding my legal claims or issues.

6. On June 4, 2012 I sent an email to one of the law firms with substantial detailed information about my claims and grievances, my witnesses and evidence, and the suffering that Safeway's action was causing me and my family.

7. A couple days later, I received a response to my submissions stating that the law firm only represented management in labor and employment lawsuits. I then sent an email requesting that the information I submitted, along with my document be returned to me. However I received no reply. I then called the law firm and requested the return of my information. However, I was told that the documents and information gotten rid of, or destroyed.

8.   Sometime after I filed this lawsuit against Safeway in December 2012, I learned from my attorneys that Jackson Lewis was the law firm representing Safeway in the case.  The name Jackson Lewis sounded familiar and I told my attorneys that I believed I may have contacted Jackson Lewis in 2012 seeking representation against Safeway.   My attorneys requested that I provide documentary proof.  However, I could not locate or retrieve any of the correspondences.

9.   On March 12, 2015, my attorneys in the instant case sent me copies of emails correspondence between "Boyd, Linda M. (Baltimore)" and myself.  After reviewing the emails, I confirmed that these were the emails I sent to the law firm on June 4, 2012, and that Jackson Lewis was indeed the law firm I submitted by case information to in June 2012 when I was seeking legal services. The emails included copies of text messages of my store manager, Jimmy Bennett, asking Rashida Daniels, a food clerk for sex.

I SOLEMNLY affirm under the penalties of perjury that all the information contained in this Affidavit is based on personal knowledge, except as to those things stated upon information and belief and as to those things; I believe them to be true.


_Stephen C. Colfield_
Stephen Colfield

_03/23/15_
Date

## Safeway Club Card

### SAFEWAY CLUB CARD POLICIES

All Safeway Club Card transactions result in a direct cost to Safeway and therefore require a high degree of accuracy and integrity.

**CUSTOMER TRANSACTIONS:**

1. At the time of making a purchase, if the customer has not swiped their Club Card or entered their phone number by the end of the order, the checker should ask if the customer is a Club Card member. The checker should not ask the customer for their phone number. Ask the customer to slide their Club Card or enter their phone number into the keypad. If the customer does not have a card or the system does not recognize their phone number, offer the 1-877-SAFEWAY number or an application to join the Club Card.

2. At no time is an employee to scan a blank (non-assigned) Club Card or enter a bogus Personal Identification Number for any customer to give them a Club member discount. Further, employees are strictly prohibited from offering for use or using their own personal Club Card account or the Club Card account of any other Safeway employee to credit any other customer's transaction.

**EMPLOYEE TRANSACTIONS:**

1. Membership in the Safeway Club Card and use of the Club Card account is restricted to one Club Card account per household. Employees are strictly prohibited from obtaining credit on their own Club Card account for any purchases made by customers who are not members of the employee's household residing at the same address. Further, during the course of the assigned duties, employees are strictly prohibited from offering for use or using their own personal Club Card account to credit any other customer's transaction.

2. Employees are not eligible to participate in customer promotional contests related to the Safeway Club Card unless specifically designated to include employees.

3. Employees will process all Safeway Club Card purchases with the same high degree of accuracy and integrity as they do in handling all other monetary transactions they perform on behalf of the Company.

Any employee found in violation of this policy will be subject to disciplinary action. Termination is the standard discipline for violation of any of these rules.

Ms Essien,

My shop steward, Crystal Adams, bought it to my attention that the day employee, Christine Haley, rang up her family member, she used her club card. Her family member did not live in her household. Please read above. As you can see this is another violation of policy for which she was not disciplined for.

Thank You,

Steve Colfield

EAS RO
Revision Date: 04/2009

SFWY—000622