4/4/2012  Interview - Larry Kunze, Mgr 1459 in regards to
the EEOC Charge from Stephen Colfield.

Risk
Never asked to work Sundays
Never signed up for Sundays.
Stephen - called HR.
Mentioned Tiffani Mertes signed for Sun
Crystal Adams & to see if she was on WC
Larry does not remember him asking if.... 
had self check out. Didn't.

① Continually being asked to complete

On light duty & running. Emp w/stop
by & carry on conversations w/Stephen
Repeated told not to involve self in
personal conv @ self check in
Emp were also told to move on.

When he was @ lunch in the setting
on front end
as I could
see.
Area, emp very seldom disturb him.
Reading magazines @ self check out

Mgr from another location reported
to store to please never send back
b/c he was seen reading newspaper
magazines several times store 1281

SFWY-000969

Never documented, verbally spoke to
him numerous.

Do you KNOW program. (Pay Power) Stephen.
OK since you are going to talk to emp
I'm going to give you an opportunity
Gary to coach & train emp on
Do you know & this will benefit
the comp & emp.
Mgr even asked emp that spoke
to Stephen if he told them about the
program.

Pull job description for FC.
Self Check Out    Register
Produce
Hung Tag

9/30/2011    Write Up Rapport - failed to hit total button
Virbal       as you were instructed after a customer enter elc. card.
    Suspended for Video
    you failed on multiple customer transactions.

Character point of ref. - (1657)

SFWY-000970

In the mtg Stephen Colfield stated
to Larry that you can't write us up for
that. He mentioned I'm a shop steward.

Shop Steward - Union not @ 1459.
Stephen was not
Mis representation - speak to Crystal
Adams

No Retaliation
No Harassment
Discipline for failing to follow
instructions.

The store accommodated Stephen by allowing
him to wk in Self Check Out.
Light Duty - Stool sit down
org - Light Duty sometimes when reg we would
allow him!

Stephen - video - pick up his personal
from back room. (Lied)

SFWY--000971

Mtg w/ Stephen Colfield 11/22/11
Union Rep Susie Kenin
Co: Karen Graham

Stephen never had a problem with
Larry until

Aug, 2011 when Larry started with.
Larry being disrespectful & trying to get
at 1459. 2yrs working at this store
Stephen do quit.

On 9/2/

When Stephen was out sick & when
he returned he was on light duty.

On 9/2/11 standing @ self check out
out when the emp walk past. They
will ask Stephen what about the
Raven's game. Stephen does not
leave the area. Wanted Stephen
to do only the Pay Pal. Visa card.
Feels that this was happening 2-3x's
a week. He said that people are
congugating. Stephen feels he has a
happy spirit.
After Stephen said signed the WC
letter that's when Larry started
speaking.

SFWY--000972

Christine heard the conversation.
and told Tony about the conversation.
Christine told Tony that Larry told
Stephen he did not want Stephen
talking to anyone.

Later that day, Larry was always
watching.

Larry wanted Stephen to watch
customer self check out and lane 10.
Stephen told Larry it hurt him
to do both. He was only covering for
someone's 15 min break and
lunches. Customers were complaining
Stephen was in check stand #10.
Larry told Stephen he would cover
customer service.

Stephen gives advice to employees +
tell them whether he is right or
wrong. Larry told Stephen that he
wants him to talk to people while on break.
Larry will pull emp away from
the camera to speak with emp.

Crystal was away as the shop steward
he was filling in for crystal.
Danny Carr was late & written up.
Danny felt he was late every day.

Feels Larry does not write up everyone

SFWY--000973

in the store.

Larry has a lot of people intimidated
Emp don't want to fight Safeway b/c
of Larry.

Stephen - feels that Tiffany was
allowed to work on Sunday and
Stephen was not allowed to work
on Sunday on light duty. Another
emp @ Marsha Richara was on light
duty and allowed to work on light duty.

Tiffany was on WC and she was
allowed to work on Sunday.
Stephen does not allow understand
that an emp. Why?

After 2 hrs Stephen is in pain
when he is in the check stand
it hurts his leg. Did produce for
twenty years. Can't stand for
long periods of time in one place.

Been recieving for the last 2 wks.
Has been putting signs on all
product in the back room.
Has helped Nann in HBC.

Stephen's doctor wants him to do
something different

SFWY--000974

✓ with WC to inquire about stool
When Stephen was in self ✓ out he
had a stool. But 1459 was not equipped
for a stool in the check stand.

Mark, Danny and Stephen were
written up right after I spoke
to the emp. Rapport.

2 days after HR was @ the store
Stephen was given a verbal warning
for Rapport and for failing to
hit the total button.

John O'Connell

— Wanted pay back for not being
allowed to work on Sunday.

Doctor stated Stephen can not
work on Sunday. less since than 40 hrs.

When Stephen was on light duty
he was asking if he could work
on light duty

SFWY--000975

✗ Looking for compensation from the time he was placed on light WC. until the doctor note. Stephen wants compensation.

Feels Larry abuses his power.

Dinah Burns is behind on her mortgage.

Stephen said: Told the 5B Mgr. to not to give Dinah Burns a break. Stephen told Dinah to report this info to HR.

Another emp told Stephen that Larry is out to get him.

Susie - Do you want to sit down and talk to Larry?

NO he does not want to meet w/ Larry.

✗ Want to transfer to another location in Produce. Put the transfer request in writing.

SFWY--000976

HR IN THE HOUSE NOTES

9/28/2011 AT STORE 1459

HR in the House was held at Store 1459. Stephen Colfield asked to speak to me in regards to the problems he was having with Larry Kunze.

- Complained that Larry Kunze was mistreating other employees. Dinah Burns and Mark Robins and Danny Carr. How?
- Larry has verbally threatened Mark Robins.(Rapport)
- Told Mark that he should call HR and complain.
- Stephen indicated that Larry would say things to him that only he could hear. (Never made remarks that other employees could hear).
- Larry does not like the fact that I was a shop steward and that employees come to me for advice.
- Larry is always at customer service observing employees when they are in the checkstand.
- Larry tells me to stop talking to other employees when I should be doing my work.
- Stephen said since his injury Larry treats him differently. Asked for specifics.
- Larry does not know how to talk to people, has a tendency to talk down to people.
- Stephen feels Larry does not like the fact that he speaks to everyone and is a friendly person and is well known.
- Feels Larry is harassing me by telling me to stay in my department or at self checkout.

Stephen said he just wanted to go on record.

Informed Stephen that I would have a conversation with Larry about his concerns and hope that some of these problems can be ironed out. I informed Stephen to please call me with his concerns and that they would be investigated.

SFWY--000977